UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| STEPHEN DEWAYNE GRAY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 5:21-cv-748-RDP-GMB |
| MADISON COUNTY SHERIFF'S DEPARTMENT, *et al.*, | ) ) ) ) |
| Defendants. | ) |

## **ORDER**

Plaintiff Stephen Dewayne Gray has filed a motion to amend his complaint and attached a proposed amended complaint. Doc. 19. For good cause, it is ORDERED that the motion to amend (Doc. 19) is GRANTED. The court will consider this filing to be Gray's amended complaint in this action.

Gray also has filed a motion for leave to proceed *in forma pauperis*. Doc. 20. Because Gray's filings demonstrate substantial compliance with the court's orders of June 2, 2021 (Doc. 8), July 12, 2021 (Doc. 11), and July 19, 2021 (Doc. 13), it is further ORDERED that the report and recommendation entered on August 30, 2021 (Doc. 16) is WITHDRAWN.

The court will address the motion for leave to proceed *in forma pauperis* in a separate order.

DONE and ORDERED on October 20, 2021.

_____
GRAY M. BORDEN
UNITED STATES MAGISTRATE JUDGE